STATE v. DANIEL G. TAYLOR.

(Decided March 21, 1899).

*Carrying Concealed Weapons—The Code, Section 1005—*
*Construction—Penal Statute.*

In a penal statute, "*or*" will never be construed. "*and*," so as to make
it more penal. *State* v. *Kearney,* 8 N. C., 53.

INDICTMENT for carrying a concealed weapon, tried before
*Robinson, J.,* at November Term, 1898, of the Superior Court
of LENOIR County.

The defendant pleaded guilty, and was adjudged to be
imprisoned four months and pay a fine of $200 and costs. .

The defendant excepted:

1. That the judgment is excessive and contrary to the
*spirit* of the Court and the *law.*

2. That his Honor erred in imposing both fine and impris-
onment.

Defendant appealed.

*Messrs. Simmons, Pou & Ward,* for appellant.
*Attorney General* for State.

*Per Curiam:* Remanded for proper sentence. *State v.
Walters,* 97 N. C., 489; *State v. Johnson,* 94 N. C., 863;
*State v. Kearney,* 8 N. C., 53.